STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
JACOB RUBIN, PLAINTIFF IN ERROR.

Argued June 18, 1918—Decided June 18, 1918.

On error to the Supreme Court, whose opinion is reported
in 91 *N. J. L.* 368.

For the defendant in error, *J. Henry Harrison.*

For the plaintiff in error, *Benjamin M. Weinberg.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Chief Jus-
tice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, BERGEN,
MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAY-
LOR, GARDNER, JJ. 10.

*For reversal*—None.